**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| | § |
| Nelly Nadirashvili, | §  Case No. 25-10324-AMC |
| | § |
| Debtor. | § |
| | § |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE
FOR STATUS CONFERENCE**

Upon the *Motion Of The United States Trustee For Status Conference*

(the "Motion"),[1] and the Court having considered the Motion, all related filings, and

the record as a whole, and this Court possessing jurisdiction over this matter and

venue being proper, and notice of the Motion having been sufficient and no further

notice is required, and upon the record herein, and after due deliberation thereon,

and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED.

2.      A Status Hearing will be held on _____, 2025 at __:__ _.m in

person in Courtroom 4, 2nd Floor, 900 Market Street, Philadelphia, PA 19107.

3.      At the Status Hearing, the Debtor shall be prepared to address the status of

the case, including addressing (i) its financial status, (ii) what progress is being

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to
them in the Motion.

made with respect to formulating a bankruptcy plan, and (iii) when the plan will be

filed.

4.      This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation and enforcement of this Order.


Dated: _____          _____
                                 The Honorable Ashely M. Chan
                                 United States Chief Bankruptcy Judge

2